

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

Costs are assessed against the party that incurred them.

SIGNED June 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice